DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**T.E.S.S., LLC,**
Appellant,

v.

**MY WAY, LIMITED,** and **RADIO HOLLAND USA, INC.,** f/k/a **IMTECH MARINE USA, INC.**
Appellees.

No. 4D20-1698

[March 11, 2021]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 19-012217 CACE (25).

Michael J. Dono and Krista Fowler Acuna of Hamilton, Miller & Birthisel, LLP, Miami, for appellant.

Darlene M. Lidondici and Andrew M. Mescolotto of Fertig & Gramling, Fort Lauderdale, for appellee My Way, Limited.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***